ORDERED.

Dated: January 13, 2016



**Paul Sala, Bankruptcy Judge**

Patrick T. Derksen (State Bar I.D. No. 023178)
Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com
Email: twitthoft@wdlawpc.com

Attorneys for Trustee, Diane M. Mann

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ARIZONA THERMAL PROTECTION, | Case No. 2:15-bk-13652-PS |
| Debtor. | Adversary No. 2:15-ap-00947-PS |
| DIANE M. MANN, Chapter 7 Trustee, | **DEFAULT JUDGMENT AGAINST INSULATION DISTRIBUTORS, INC.** |
| Plaintiff, | |
| vs. | |
| INSULATION DISTRIBUTORS, INC., a Minnesota corporation, | |
| Defendant. | |

The plaintiff and Chapter 7 trustee, Diane M. Mann ("<u>Plaintiff</u>" or "<u>Trustee</u>"), having filed a Complaint (the "<u>Complaint</u>") on December 4, 2015 against Insulation Distributors, Inc., a Minnesota corporation (the "<u>Defendant</u>" or "<u>IDI</u>"); the Clerk of the Bankruptcy Court having

duly entered default against Defendant; the Plaintiff having filed her Motion for Entry of Default Judgment against Defendant; Defendant being neither infant nor incompetent; Defendant having been properly served pursuant to Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure; the statutory time within which to plead or otherwise defend having expired and Defendant having failed to do so; the Complaint having set forth facts sufficient to support the claim for relief; and good cause appearing, it is,

ORDERED, ADJUDGED AND DECREED granting Judgment by default against Insulation Distributors, Inc. as follows:

A. Granting Judgment to Plaintiff on her Complaint;

B. Avoiding the Defendant's lien ("Lien") encumbering the personal property of the Debtor (the "Personal Property") or its proceeds, pursuant to 11 U.S.C. § 547;

C. Avoiding the $3,000 Transfer (as defined in the Complaint), pursuant to 11 U.S.C. § 547;

D. Preserving the avoided Lien for the benefit of the estate, pursuant to 11 U.S.C. §551;

E. Entering judgment against Defendant in favor of the estate in the amount of $3,000.00, pursuant to 11 U.S.C. § 550;

F. Plaintiff may record this Judgment in any appropriate county recorder's office;

G. The Bankruptcy Clerk is directed to close this adversary proceeding.

**SIGNED AND DATED ABOVE.**